**Order entered July 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00053-CR
No. 05-19-00054-CR

**JIMMY EARL SHELLY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-75945-S & F18-75947-S**

## ORDER

We **REINSTATE** these appeals.

We abated these appeals because appellant's brief, originally due May 10, 2019, had not been filed. Appellant filed his brief on July 17, 2019. In the interest of expediting these appeals and because the trial court has not set these cases for a hearing, we **VACATE** our July 10, 2019 order to the extent it ordered a hearing and findings.

We **DIRECT** the Clerk to send copies of this order to the Honorable Amber Givens-Davis, Presiding Judge, 282nd Judicial District Court; to Sharita Blacknall; and to the Dallas County District Attorney's Office.

/s/    LANA MYERS
          JUSTICE